☐ **Presumption of Undue Hardship**
☐ **No Presumption of Undue Hardship**
(Check box as directed in Part D: Debtor's Statement in Support of Reaffirmation Agreement)

# United States Bankruptcy Court

In re: ANTHONY RAY RUSSO,    Case No.: 08-12747 *GM*
VICTORIA JEAN RUSSO    Chapter: 7
Debtor's

Creditor's Name:    GE Money Bank
Creditor's Address:  PO Box 103106
                     Roswell, GA  30076-9782
Creditor's Telephone Number:  1-888-964-0852

## REAFFIRMATION AGREEMENT
*[Indicate all documents included in this filing by checking each applicable box.]*

☒ Part A:  Disclosures, Instructions, and Notice to Debtor (Pages 1-5)

☒ Part B:  Reaffirmation Agreement

☒ Part C:  Certification by Debtor's Attorney

☒ Part D:  Debtors' Statement in Support of Reaffirmation Agreement

*[File Part E only if debtor was not represented by an attorney during the course of negotiating this agreement.]*

☐ Part E:  Motion for Court Approval

☐ Proposed Order Approving Reaffirmation

**Name of Creditor and Account Number:**  GE Money Bank, 6034623116284635

☐ *[Check this box if]* Creditor is a Credit Union as defined in §19(b)(1)(a)(iv) of the Federal Reserve Act

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.    1

## PART A: DISCLOSURE STATEMENT, INSTRUCTIONS, AND NOTICE TO DEBTOR

### 1. DISCLOSURE STATEMENT

*Before agreeing to reaffirm a debt, review these important disclosures:*

**SUMMARY OF REAFFIRMATION AGREEMENT**
This Summary is made pursuant to the requirements of the Bankruptcy Code.

**AMOUNT REAFFIRMED**:

The amount of debt you have agreed to reaffirm:    $ $4,932.00

### PART A: DISCLOSURE STATEMENT, CONTINUED

*The amount of debt you have agreed to reaffirm includes all fees and costs (if any) that have accrued as of the date of this disclosure. Your credit agreement may obligate you to pay additional amounts which may come due after the date of this disclosure. Consult your credit agreement.*

**ANNUAL PERCENTAGE RATE**:_____0____%

Security

A security interest or lien in goods or property is asserted over some or all of the debts you are reaffirming. Below is (are) the item(s) and its (their) original purchase price(s) that is (are) subject to the asserted security interest(s):

ITEM                                                             PURCHASE PRICE [$]

CIRCLE J, OUTBACK PLUS, 2006, 46YHP142461077768  $7,830.00

Repayment Schedule

Your payment schedule will be: 56 monthly payments of $88.07 each for the reaffirmed debt. Payments are due on the 05TH day of each month beginning approximately with the first month after the latest date on which the following occur: (a) this reaffirmation agreement is filed with the court (with the declaration of your attorney, if applicable), (b) any required hearing respecting this reaffirmation agreement occurs, or (c) any required order approving this reaffirmation agreement is entered.

Part B of this reaffirmation agreement will inform you whether you may make additional purchases or obtain cash advances on this account and the payment and other terms which will apply.

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.            2

## 2. INSTRUCTIONS AND NOTICE TO DEBTOR

**Reaffirming a debt is a serious financial decision.** The law requires you to take certain steps to make sure the decision is in your best interest. If these steps are not completed, the reaffirmation agreement is not effective, even though you have signed it.

1. Read the disclosures in this Part A carefully. Consider the decision to reaffirm carefully. Then, if you want to reaffirm, sign the reaffirmation agreement in Part B (or you may use a separate agreement you and your creditor agree on).

2. Complete and sign Part D and be sure you can afford to make the payments you are agreeing to make and have received a copy of the disclosure statement and a completed and

## PART A: DISCLOSURE STATEMENT, CONTINUED

signed reaffirmation agreement.

3. If you were represented by an attorney during the negotiation of your reaffirmation agreement, the attorney must have signed the certification in Part C.

4. If you were not represented by an attorney during the negotiation of your reaffirmation agreement, you must have completed and signed Part E.

5. The original of this disclosure must be filed with the court by you or your creditor. If a separate reaffirmation agreement (other than the one in Part B) has been signed, it must be attached.

6. If you were represented by an attorney during the negotiation of your reaffirmation agreement, your reaffirmation agreement becomes effective upon filing with the court unless the reaffirmation is presumed to be an undue hardship as explained in Part D.

7. If you were not represented by an attorney during the negotiation of your reaffirmation agreement, it will not be effective unless the court approves it. The court will notify you of the hearing on your reaffirmation agreement. You must attend this hearing in bankruptcy court where the judge will review your reaffirmation agreement. The bankruptcy court must approve your reaffirmation agreement as consistent with your best interests, except that no court approval is required if your reaffirmation agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home.

## YOUR RIGHT TO RESCIND (CANCEL) YOUR REAFFIRMATION AGREEMENT

You may rescind (cancel) your reaffirmation agreement at any time before the bankruptcy court enters a discharge order, or before the expiration of the 60-day period that begins on the date your reaffirmation agreement is filed with the court, whichever occurs later. To rescind (cancel) your reaffirmation agreement, you must notify the creditor that your reaffirmation agreement is rescinded (or canceled).

**Frequently Asked Questions:**

<u>What are your obligations if you reaffirm the debt</u>? A reaffirmed debt remains your personal legal obligation. It is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to take your property or your wages. Otherwise, your obligations will be determined by the reaffirmation agreement which may have changed the terms of the original agreement. For example, if you are reaffirming an open end credit agreement, the creditor may be permitted by that agreement or applicable law to change the terms of that agreement in the future under certain conditions.

<u>Are you required to enter into a reaffirmation agreement by any law</u>? No, you are

**PART A:  DISCLOSURE STATEMENT, CONTINUED**

not required to reaffirm a debt by any law. Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments you agree to make.

<u>What if your creditor has a security interest or lien</u>? Your bankruptcy discharge does not eliminate any lien on your property. A "lien" is often referred to as a security interest, deed of trust, mortgage or security deed. Even if you do not reaffirm and your personal liability on the debt is discharged, because of the lien your creditor may still have the right to take the security property if you do not pay the debt or default on it. If the lien is on an item of personal property that is exempt under your State's law or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt. To redeem, you make a single payment to the creditor equal to the current value of the security property, as agreed by the parties or determined by the court.

> **NOTE:** When this disclosure statement refers to what a creditor "may" do, it does not use the word "may" to give the creditor specific permission. The word "may" is used to tell you what might occur if the law permits the creditor to take the action. If you have questions about your reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement reaffirming a debt. If you don't have an attorney helping you, the judge will explain the effect of your reaffirming a debt when the hearing on the reaffirmation agreement is held.

**PART B:  REAFFIRMATION AGREEMENT**

I (we) agree to reaffirm the debts arising under the credit agreement described below.

<u>Brief description of credit agreement</u>:

Date Account Opened: 5/17/2006

Account Number: 6034623116284635

Main Document      Page 5 of 11

Your credit agreement allows you to obtain credit from time to time for transactions which are authorized, provides for periodic finance charges and other charges, and provides for a security interest in items purchased in connection with your credit agreement. Please contact us at the address or telephone number provided on the first page of the disclosure statement (Part A) if you have any questions about the terms of your credit agreement.

Description of any changes to the credit agreement made as part of this reaffirmation agreement:

The terms and provisions of the credit agreement (including the Note, applicable security instruments and related documents), including the creditor's rights, remedies and privileges thereunder, shall apply except to the extent modified by this reaffirmation agreement.

The modifications are:

### PART B: REAFFIRMATION AGREEMENT, CONTINUED

Your Account is being converted from a revolving charge account to a fixed payment debt. *Accordingly, you may not make any additional purchases under this Account and we will not extend any additional cash advances.* The **Annual Percentage Rate** on the reaffirmed debt is reduced to 0% and no additional finance or late charges will be imposed.

This reaffirmation agreement shall be of no force and effect and the creditor may exercise, at its option, any or all rights and remedies that the creditor has under the credit agreement and applicable law (including bankruptcy law), if (i) a discharge is not granted, or is revoked, by the court for any reason, (ii) the bankruptcy case is dismissed, (iii) this reaffirmation agreement is not signed by the debtor(s) and filed with the court on or prior to the discharge date (with the attached declaration of the debtor's(s') attorney, if any) and, if necessary, approved by the court, (iv) the debtor(s) timely rescind(s) this reaffirmation agreement as provided above, (v) any required hearing does not occur, (vi) we notify you that we believe this agreement would be an undue hardship on you, or (vii) this reaffirmation agreement becomes unenforceable for any other reason. This reaffirmation agreement shall not constitute or be deemed to be a release or cancellation of any security interest in favor of the creditor, nor shall it affect the liability of any co-borrower/co-buyer (unless such co-borrower/co-buyer is a signatory to this reaffirmation agreement), guarantor or accommodation party of the debtor(s) to the creditor. This reaffirmation agreement and the credit agreement constitute the entire agreement between the creditor and the debtor(s) relating to the secured property; no prior or contemporaneous oral promises or representations shall be binding. This reaffirmation agreement shall not be amended, changed or extended except by written instrument signed by all parties hereto.

## PART B: REAFFIRMATION AGREEMENT, CONTINUED

SIGNATURE(S):

Borrower:

Anthony Russo
(Print Name)

_(Signature)_

Date: 7-2-08

Co-borrower, if also reaffirming these debts:

Victoria Q Russo
(Print Name)

_(Signature)_

Date: 7-2-08

Accepted by creditor:

GE Money Bank
(Printed Name of Creditor)

G.E. Money Bank
P.O. Box 103104
Roswell, GA 30076
USA
(Address of Creditor)

_(Signature)_

Greg Burnham   BK Specialist
(Printed Name and Title of Individual Signing for Creditor)

Date of creditor acceptance:

7-11-08

## PART C: CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

For Borrower/Debtor:

I hereby certify that (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement. In my opinion, the debtor is able to make the payments under this reaffirmation agreement.

☐ *[Check box, if applicable and the creditor is not a Credit Union.]* A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

Print Name of Debtor's Attorney: __MICHAEL TRAN__

Signature of Debtor's Attorney: _____

Date: __6/23/08__

For Co-borrower/Co-debtor, if also reaffirming these debts:

I hereby certify that (1) this agreement represents a fully informed and voluntary agreement by the co-debtor; (2) this agreement does not impose an undue hardship on the co-debtor or any dependent of the co-debtor; and (3) I have fully advised the co-debtor of the legal effect and consequences of this agreement and any default under this agreement. In my opinion, the co-debtor is able to make the payments under this reaffirmation agreement.

☐ *[Check box, if applicable and the creditor is not a Credit Union.]* A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

Print Name of Co-debtor's Attorney: _____

Signature of Co-debtor's Attorney: _____

Date: _____

# PART D: DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

*[Read and complete numbered paragraphs 1 and 2. Sign the appropriate signature line(s) and date your signature. If you complete paragraphs 1 and 2 and your income less monthly expenses does not leave enough to make the payments under this reaffirmation agreement, check the box at the top of page 1 indicating "Presumption of Undue Hardship." Otherwise, check the box at the top of page 1 indicating "No Presumption of Undue Hardship"]*

1. I (we) believe this reaffirmation agreement will not impose an undue hardship on my (our) dependents or me (us). I (we) can afford to make the payments on the reaffirmed debt because my (our) monthly income (take home pay plus any other income received) is $ 9672 , and my (our) actual current monthly expenses including monthly payments on post-bankruptcy debt and other reaffirmation agreements total $ 9526 , leaving $ -155 to make the required payments on this reaffirmed debt. I (we) understand that if my (our) income less my (our) monthly expenses does not leave enough to make the payments, this reaffirmation agreement is presumed to be an undue hardship on me (us) and must be reviewed by the court. However, this presumption may be overcome if I (we) explain to the satisfaction of the court how I (we) can afford to make the payments here:

2.     I received a copy of the Reaffirmation Disclosure Statement in Part A and a completed and signed reaffirmation agreement.

Signed: _____
       (Debtor)

_____
(Joint Debtor, if any)

Date: 7-2-08

Debtors have reduced their expenses to cover this payment. There is a substantial benefit to debtors as creditor is not charging any interest.

Truth In Lending Disclosure Form[2]

CREDITOR: GE Money Bank

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 0 % | $ 0 | $4,932.00 | $4,932.00 e |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 56 | $88.07 | Monthly beginning: 8/5/2008 |

**Prepayment:** If you pay off early, you will not have to pay a penalty.

**Security:** The Collateral identified below, which secures your initial obligation, continues to secure the Reaffirmed Debt. Our security interest is in:

CIRCLE J, OUTBACK PLUS, 2006, 46YHP142461077768

**Additional Information:** See the Reaffirmation Agreement for any additional information about nonpayment, default, and other relevant terms.

E means estimate.

**Itemization of Amount Financed:**

The amount of debt you are reaffirming:    $4,932.00

---

[2] Use this Truth In Lending Disclosure Form only if the account is permanently closed for new transactions.

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.    9

# FUNancing credit card CONSUMER APPLICATION - N1/FUN

58788

Please read the following before completing this form: (1) Applicant represents that the information given in this Application is complete and accurate and authorizes us to check with credit reporting agencies, credit references and other sources disclosed herein investigating the information given. (2) Please read the attached agreement and sign below before submitting your Application. (3) Federal law requires us to obtain, verify, and record information that identifies you when you open an account. We will use your name, address, date of birth, and other information for this purpose.

**APPLICATION MUST BE SIGNED.** Please print in CAPITAL LETTERS and avoid contact with the lines.

**Applicant**

First Name: ANTHONY
M. Initial: R
Last Name: RUSSO

Mailing Address: 1663 ACADIA ST
City: SIMI
State: CA
Zip: 93065

Do You: ☑ Own ☐ Parents/Relative ☐ Rent ☐ Other
Years at Residence: 27

Social Security Number: 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
Home Phone: 805-522-9724
Birth Date: 11/19/52

Your Employer: DOWNGAN AVIONICS
How Long (Yrs.): 28
Total Annual Income: $100,000
Business Phone: 818-355-0761

**Joint Applicant**

First Name: VICTORIA
M. Initial: N
Last Name: RUSSO

Mailing Address: 1663 ACADIA ST
City: SIMI
State: CA
Zip: 93065

Years at Residence: 29
Relationship to Applicant: ☑ Spouse ☐ Other

Social Security Number: 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
Home Phone: 805-522-9724
Birth Date: 04/11/58

Your Employer: SOCIAL SECURITY
Total Annual Income: $7,000

## PROTECT YOUR CREDIT CARD ACCOUNT WITH DEBT SECURITY - (OPTIONAL)

## Applicant/Joint Applicant Signatures

Applicant Signature: [signed] Date: 5/6/2006
Joint Applicant Signature: [signed] Date: 5/6/2006

## Store Information

Applicant's Primary ID: E 0187587 11/9/10
Joint Applicant's Primary ID: N 4237653 04/11/10

Account #: 
Store #: 5348129900 12144
Contact Name: DICK MORRIS
Store Fax: 661-261-0763
Store Phone: 661-261-5012
Amount Requested: $8,500

58788

To find out about changes in the terms of the attached agreement, write to us at GEMB, P.O. Box 6160, Rapid City, SD 57709-6160
60745-002-0424 (07/05) FUN

## STATE OF CALIFORNIA — CERTIFICATE OF TITLE

VOID WITHOUT BEAR WATERMARK, HOLD TO LIGHT TO VIEW

VEHICLE ID NUMBER: 4LYHP14246L077768
BODY TYPE MODEL: CARRIER
YR MODEL: 2006
MAKE: CIRCJ
PLATE NUMBER: 4HE4367
REGISTRATION EXPIRATION DATE
UNLADEN WEIGHT: 2700
FUEL: 0
YR 1ST SOLD: 2006
CLASS: BT
MO: MU
FEES PAID: $36
ISSUE DATE: 07/06/06

MOTORCYCLE ENGINE NUMBER: 19606062748

REGISTERED OWNER(S):
RUSSO ANTHONY RAY
OR RUSSO VICTORIA JEAN
1663 ARCANE ST
SIMI VALLEY CA 93065

LIENHOLDER(S):
GE MONEY BK
332 MINNESOTA ST STE 610
ST PAUL
MN 55101

CA 96659535
025312

KEEP IN A SAFE PLACE — VOID IF ALTERED

REG 138A (REV 10/2004)